**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENNETH FRIEDMAN, ) | Case No. 2:13-cv-01345-JCM-CWH |
|               Plaintiff, ) | |
| vs. ) | **ORDER** |
| LINDA ADAMS, *et al.*, ) | |
|               Defendants. ) | |

      Before the Court is Plaintiff Kenneth Friedman's ("plaintiff") Motion for an Order Compelling Service of Answer (doc. # 22) and Motion to Extend Scheduling Order Deadlines (doc. # 23), filed February 5, 2015.

      First, plaintiff asks the Court to compel Defendants Robert Bannister, Joseph Hanson, Linda Adams, and Doni K. Jennings ("defendants") to serve their answer (doc. # 17)[1] on plaintiff because plaintiff purportedly never received the answer. However, this Court's review of the record reveals that defendants filed a certificate of service showing that a copy of the answer was mailed to plaintiff at the Lovelock Correctional Center on May 12, 2014. See Doc. # 17 at 8. Thus, this Court finds that defendants made a good faith effort to serve their answer upon plaintiff and, given such, the Court denies plaintiff's request. Nevertheless, the Court will direct the Clerk of Court to mail plaintiff a copy of defendants' answer at plaintiff's current address.

      Next, plaintiff asks the Court to extend the discovery deadlines set by the Court in its January 30, 2015 scheduling order (doc. # 21). However, this Court finds that plaintiff fails to provide

---

[1] Defendants' answer was filed on the record on May 12, 2015. See Doc. # 17.

a viable basis under Local Rule 26-4 for the requested extension. As such, this Court denies plaintiff's request.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Motion for an Order Compelling Service of Answer (doc. # 22) is **denied**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send plaintiff a copy of defendants' answer (doc. # 17) by regular mail.

**IT IS FURTHER ORDERED** that plaintiff's Motion to Extend Scheduling Order Deadlines (doc. # 23) is **denied**.

DATED: February 6, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**