# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FRIEDMAN,<br><br>       Plaintiff,<br>vs.<br><br>LINDA ADAMS, *et al.*,<br><br>       Defendants. | Case No. 2:13-cv-01345-JCM-CWH<br><br>**ORDER** |

Before the Court is Plaintiff Kenneth Friedman's ("plaintiff") Motion to Conduct Limited Discovery on Two Non-Parties (doc. # 25), filed February 19, 2015.

Plaintiff asks the Court to allow him to conduct limited discovery to obtain information from two non-party individuals, Warden Dwight Neven ("Neven") and Case Worker Jamie Rainone ("Rainone"), as they are purportedly "material witnesses" to his case. See Doc. # 25 at 1. Because plaintiff is asking for discovery involving non-parties, plaintiff's request is more properly brought before this Court as a motion under Rule 45 of the Federal Rules of Civil Procedure, which governs discovery of non-parties by subpoena.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Motion to Conduct Limited Discovery on Two Non-Parties (doc. # 25) is **denied**. Plaintiff is directed to file a Rule 45 motion, and to specify in that motion the type of information he seeks to obtain from Neven and Rainone, if he wishes this Court to consider his request.

DATED: February 20, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**