**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENNETH FRIEDMAN,<br><br>          Plaintiff,<br><br>vs.<br><br>LINDA ADAMS, *et al.*,<br><br>          Defendants. | Case No.  2:13-cv-01345-JCM-CWH<br><br>**ORDER** |

Before the Court is Plaintiff Kenneth Friedman's ("Plaintiff") Motion to Extend Time Regarding Discovery (doc. # 29), filed March 27, 2015. Defendants Robert Bannister, Joseph Hanson, Linda Adams, and Doni K. Jennings filed a Non-Opposition (doc. # 31) to the instant motion, while other defendants failed to file a response.

Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Given that various defendants have indicated their non-opposition, while other defendants failed to file a response to the instant motion, Plaintiff's motion to extend discovery deadlines by 45 days is granted.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time Regarding Discovery (doc. # 29) is **granted**.

**IT IS FURTHER ORDERED** that the following dates shall govern discovery:

1. Any and all pleadings that may be brought under Fed. R. Civ. P. 13 & 14, or joining additional parties under Fed. R. Civ. P. 19 & 20, shall be filed by **May 15, 2015**.

2. Amendments to pleadings as provided for under Fed. R. Civ. P. 15, if the same are allowed without leave of court, or motions for leave to amend, shall comply with LR 15-1 and shall be filed and served by **May 15, 2015**.

3. Any discovery motions shall be filed and served no later than **June 4, 2015**.

4. Motions for summary judgment shall comply with the requirements of LR 56-1 and shall be filed and served no later than **July 14, 2015**.

5. **DISCOVERY:** Pursuant to LR 16-1(b), discovery in this action shall be completed on or before **June 15, 2015.**

DATED: April 14, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**