ADAM PAUL LAXALT
Nevada Attorney General
MERCEDEZ S. MENDENDEZ
Deputy Attorney General
Nevada Bar No. 9443
CAROLINE BATEMAN
Deputy Attorney General
Nevada Bar No. 12281
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
Telephone: (702) 486-2625
Facsimile: (702) 486-3773
Email: cbateman@ag.nv.gov
*Attorneys for Defendants*
*Robert Bannister, Joseph Hanson,*
*Linda Adams, and Doni K. Jennings*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FRIEDMAN, #80952 | CASE NO.: 2:13-cv-01345-JCM-CWH |
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS UNDER DKT. NUMBERS 35-37 (FIRST REQUEST)** |
| LINDA ADAMS, et al., | |
| Defendants. | |

Defendants Robert Bannister, Joseph Hanson, Linda Adams and Doni K. Jennings, by and through counsel, ADAM PAUL LAXALT, Attorney General of the State of Nevada, and CAROLINE BATEMAN, Deputy Attorney General, hereby move for an enlargement of time for

/ / /
/ / /
/ / /
/ / /
/ / /

the filing of their responses to Plaintiff's Motions under Dkt. Numbers 35-37 pursuant to Local Rule 6-1.

DATED this 22nd day of June, 2015

> Respectfully submitted,
>
> ADAM PAUL LAXALT
> Nevada Attorney General
>
> By:   /s/  Caroline Bateman
> CAROLINE BATEMAN
> Deputy Attorney General
> *Attorneys for Defendants*
> *Robert Bannister, Joseph Hanson,*
> *Linda Adams, and Doni K. Jennings*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

### I.   PROCEDURAL HISTORY

This is a *pro se* civil rights action filed by Plaintiff Kenneth Friedman ("Plaintiff"), who is an inmate in the custody of the Nevada Department of Corrections.  On June 3, 2015, Plaintiff filed the following motions: Plaintiff's Second Motion to Compel Discovery (Dkt. #35); Plaintiff's Motion for Sanctions regarding Discovery (Dkt. #36); and Plaintiff's Motion to Extend Discovery (Dkt. #37).  Defendants now move for an enlargement of time of five (5) days to respond to Plaintiff's Motion to Compel, Motion for Sanctions, and Motion to Extend Discovery.

### II.   LEGAL ANALYSIS

The Court has broad discretion in supervising the pretrial phase of litigation.  *See Zivkovic v. S. Cal. Edison Co.,* 302 F.3d 1080, 1087 (9th Cir. 2002).  Under LR 6-1, a motion for extension of time must state the reasons for the extension requested and inform the Court of any previous extensions granted.

Defendants respectfully request that this Court find that they have demonstrated good cause for their first requested extension to respond to Plaintiff's Motions under Dkt. Numbers 35-37.  Undersigned counsel for Defendants recently took over the representation of this case

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

from prior counsel. As the contents of Plaintiff's motions concern discovery that was completed by prior counsel, as well as conversations between Plaintiff and prior counsel, Defendants request an enlargement of time so that current counsel can confer with prior counsel and provide accurate responses to Plaintiff's motions.

As such, Defendants' counsel respectfully requests the deadline for responses to Dkts. 35-37 be continued for a period of five (5) days.

### III. CONCLUSION

Based on the foregoing, Defendants respectfully request an extension of five (5) days to file their responses to Plaintiff's Motions under Dkt. Numbers 35-37.

DATED this 22nd day of June, 2015

        Respectfully submitted,

        ADAM PAUL LAXALT
        Nevada Attorney General

        By:   /s/ Caroline Bateman
        CAROLINE BATEMAN
        Deputy Attorney General
        *Attorneys for Defendants*
        *Robert Bannister, Joseph Hanson,*
        *Linda Adams, and Doni K. Jennings*

### ORDER

IT IS SO ORDERED.

DATED: June 23, 2015

_____
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on the 22nd day of June, 2015, I served the foregoing, **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS UNDER DKT. NUMBERS 35-37 (FIRST REQUEST)**, by causing a true and correct copy thereof to be filed with the Clerk of the Court, using the electronic filing system, and by causing a true and correct copy thereof to be delivered to the Department of General Services, for mailing at Las Vegas, Nevada, addressed to the following:

Martinez S. Aytch #54102
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada  89419
*Plaintiff, Pro Se*

/s/   Carol A. Knight
CAROL A. KNIGHT
An employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL